UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANDREW ALTIERI,<br><br>Plaintiff,<br><br>v.<br><br>STANDARD INSURANCE COMPANY, *et al.*,<br><br>Defendants. | CASE NO. C19-1080 RSM<br><br>ORDER GRANTING PLAINTIFF'S *EX PARTE* MOTION FOR EXTENSION OF TIME |

This matter comes before the Court on Plaintiff Andrew Altieri's Motion for Extension of Time. Dkt. #7. Although Plaintiff filed the Motion as a "stipulated motion," the Court notes that the Motion was submitted only by Plaintiff and that counsel for Defendants have not filed appearances at this time. Accordingly, the Court will consider the filing an *ex parte* motion submitted by Plaintiff.

Plaintiff filed his complaint on July 11, 2019 and summonses were issued on July 24, 2019. Plaintiff claims that Defendants were served the morning of August 12, 2019. Dkt. #7 at 1. Pursuant to the Court's scheduling order (Dkt. #4), parties' FRCP 26(f) conference deadline

ORDER GRANTING PLAINTIFF'S EX PARTE
MOTION FOR EXTENSION OF TIME
PAGE - 1

is August 14, 2019, with initial disclosures due August 21, 2019. Plaintiff requests a time extension of "at least 45 days" to allow Defendants time to file their Answer and prepare for the FRCP 26(f) status conference.

Finding that good cause exists to extend the initial disclosure deadlines, it is hereby ORDERED that the deadlines are revised as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 9/30/2019 |
| Initial Disclosures Pursuant to FRCP 26(a)(1): | 10/7/2019 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 10/14/2019 |

Furthermore, the Court advises Plaintiff's counsel to review this District's Local Rules regarding electronic signatures on court filings (LCR 11); signatures by local counsel on all motions and other filings (LCR 83.1(d)(2)); and the CM/ECF Procedures for submitting proposed orders.

DATED this 14th day of August 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE